**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

TREVIS BOWENS,

                Defendant.

------------------------------------x

ORDER

FEB 03 2022

15 Cr. 487-10 (GBD)

GEORGE B. DANIELS, United States District Judge:

A violation of supervised release hearing is scheduled for March 1, 2022 at 10:15 a.m.

Dated: New York, New York
       February 3, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge