**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

-against-

TREVIS BOWENS,

                        Defendant.

------------------------------------ x

ORDER

15 Cr. 487-10 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 15 2022

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing scheduled for March 1, 2022 is rescheduled for March 8, 2022 at 9:45 a.m.

Dated: New York, New York
       February 15, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge