UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

        -against-

TREVIS BOWENS,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: FEB 1 6 2022

ORDER

15 Cr. 487-10 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of Court is directed to close the following letter motions: ECF Nos. 665 and 666.

Dated: New York, New York
       February 16, 2022

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge